UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LUCINDA COX, MARTY MILLS, DEVIN HARLEY, ROBERT BROWN, Individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CA HOLDING, INC.; KRG CAPITAL MANAGEMENT LP; CACH LLC; CACH OF NJ LLC; SQUARETWO FINANCIAL CORPORATION; PHILLIP SCOTT LOWERY; PAUL A. LARKINS; L. HEATH SAMPSON; BRIAN W. TUITE; JAMES B. RICHARDSON JR.; THOMAS G. GOOD; MARK M. KING; CHRISTOPHER J. LANE; DAMON S. JUDD; AND JOHN DOES 1-50.<br><br>Defendants. | Case No. 1:13-cv-1754 JMS-MJD<br><br>CLASS ACTION |

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the below listed corporate defendants by their undersigned attorney submit the following information:

    CA HOLDING, INC.
    Has no parent and no publicly-held corporation holds 10% or more
    of its stock

    CACH, LLC
    Is owned 100% by SquareTwo Corporation, a privately-owned
    corporation.  No publicly-held corporation holds 10% or more of
    its stock

    KRG MANAGEMENT, LP
    Has no parent and no publicly-held corporation holds 10% or more
    of its stock

    CACH of NJ LLC
    Is owned 100% by CACH, LLC

Dated: January 29, 2014				Respectfully submitted,

						By:	*/s/ David M. Schultz*
							David M. Schultz
							Hinshaw & Culbertson LLP
							222 N. LaSalle Street
							Suite 300
							Chicago, IL 60601
							(312) 704-3527
							Fax:  (312) 704-3001